FILED

NOV 03 2016

DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:16-CR-114

PHILLIP E. VAUGHNS

## INDICTMENT

The Grand Jury charges that:

### Count One

Beginning at a time unknown to the Grand Jury, but at least from on or about September 2013 through on or about November 2013, in the Northern District of Mississippi and elsewhere, PHILLIP E. VAUGHNS, defendant, did unlawfully, knowingly and intentionally conspire with other persons known and unknown to the Grand Jury to transport, transmit, and transfer in interstate commerce from Leland, Mississippi to Cordova, Tennessee, stolen goods, that is soybeans having a value of $5,000 or more knowing the same to have been stolen and converted.

### Overt Acts

In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, one or more of the conspirators committed among others the following overt acts:

1. It was part of the conspiracy that the defendant along with other members of the conspiracy would and did steal soybeans from the grain bins of Harper Ross, a farmer operating in the Leland, Mississippi area.

2. It was further part of the conspiracy that the defendant and other members of the conspiracy would and did transport and cause others to transport the stolen soybeans from Leland, Mississippi to Cordova, Tennessee where they were sold to Cargill Incorporated.

3. On or about October 29, 2013, VAUGHNS and others stole soybeans from the grain bin(s) of Harper Ross' Farming operation located at 311 Rexburg Road, Leland, Washington County, Mississippi.

4. On or about October 29, 2013 VAUGHNS and others transported and caused to be transported the stolen soybeans, from Leland, Mississippi to Cordova, Tennessee to Cargill Incorporated where they were sold for approximately $13,786.94.

5. Over the course of the dates listed in the Indictment and in furtherance of the unlawful conspiracy to steal and transport in interstate commerce stolen soybeans, VAUGHNS and others knowingly stole and transported and caused others to transport stolen soybeans from Leland, Mississippi to Cordova, Tennessee where they were sold to the Cargill Corporation for approximately $158,000.

All in violation of Title 18, United States Code, Sections 371 and 2314.

### Count Two

On or about October 29, 2013, in the Northern District of Mississippi, PHILLIP E. VAUGHNS, defendant, did unlawfully transport and transfer in interstate commerce from Leland, Mississippi to Cordova, Tennessee, stolen goods, that is that is soybeans having a value of $5,000 or more knowing the same to have been stolen and converted, in violation of Title 18, United States Code, Section 2314.

### Count Three

On or about September 30, 2013, in the Northern District of Mississippi, PHILLIP E. VAUGHNS, defendant, did knowingly engage and attempt to engage in a monetary transaction by and through a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit of Cargill, Inc. check #80530600 in

the amount of $23,525.01, such property having been derived from a specified unlawful activity, that is the theft and interstate transportation and transfer of stolen goods in violation of Title 18, United States Code, Section 2314, all in violation of Title 18, United States Code 1957.

### Count Four

On or about October 21, 2013, in the Northern District of Mississippi, PHILLIP E. VAUGHNS, defendant, did knowingly engage and attempt to engage in a monetary transaction by and through a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit of Cargill, Inc. check #805311589 in the amount of $12,445.49, such property having been derived from a specified unlawful activity, that is the theft and interstate transportation and transfer of stolen goods in violation of Title 18, United States Code, Section 2314, all in violation of Title 18, United States Code 1957.

### Count Five

On or about October 25, 2013, in the Northern District of Mississippi, PHILLIP E. VAUGHNS, defendant, did knowingly engage and attempt to engage in a monetary transaction by and through a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit of Cargill, Inc. check #805317318 in the amount of $13,076.95, such property having been derived from a specified unlawful activity, that is the theft and interstate transportation and transfer of stolen goods in violation of Title 18, United States Code, Section 2314, all in violation of Title 18, United States Code 1957.

### Count Six

On or about October 28, 2013, in the Northern District of Mississippi, PHILLIP E. VAUGHNS, defendant, did knowingly engage and attempt to engage in a monetary transaction by and through a financial institution, affecting interstate or foreign commerce, in criminally derived

property of a value greater than $10,000, that is the deposit of Cargill, Inc. check #805326267 in the amount of $13,079.76, such property having been derived from a specified unlawful activity, that is the theft and interstate transportation and transfer of stolen goods in violation of Title 18, United States Code, Section 2314, all in violation of Title 18, United States Code 1957.

### Count Seven

On or about October 30, 2013, in the Northern District of Mississippi, PHILLIP E. VAUGHNS, defendant, did knowingly engage and attempt to engage in a monetary transaction by and through a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit of Cargill, Inc. check #805314596 in the amount of $13,366.77, such property having been derived from a specified unlawful activity, that is the theft and interstate transportation and transfer of stolen goods in violation of Title 18, United States Code, Section 2314, all in violation of Title 18, United States Code 1957.

### Count Eight

On or about November 7, 2013, in the Northern District of Mississippi, PHILLIP E. VAUGHNS, defendant, did knowingly engage and attempt to engage in a monetary transaction by and through a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit of Cargill, Inc. check #805342532 in the amount of $27,589.09, such property having been derived from a specified unlawful activity, that is the theft and interstate transportation and transfer of stolen goods in violation of Title 18, United States Code, Section 2314, all in violation of Title 18, United States Code 1957.

### Count Nine

On or about November 12, 2013, in the Northern District of Mississippi, PHILLIP E. VAUGHNS, defendant, did knowingly engage and attempt to engage in a monetary transaction by

and through a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit of Cargill, Inc. check #805339906 in the amount of $27,217.92, such property having been derived from a specified unlawful activity, that is the theft and interstate transportation and transfer of stolen goods in violation of Title 18, United States Code, Section 2314, all in violation of Title 18, United States Code 1957.

**A TRUE BILL**

*Felicia C. Adams*
**UNITED STATES ATTORNEY**

*/s/redacted signature*
**FOREPERSON**