RECEIVED

NOV 0 1 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**                                          CRIMINAL NO. 4:16-CR- _11 4_____

**PHILLIP E. VAUGHNS**

### Notice of Penalties

**Count One**

Not more than 5 years imprisonment
Not more than a $250,000 fine or both
Not more than 3 years supervised release
$100 mandatory special assessment

**Count Two**

Not more than 10 years imprisonment
Not more than a $250,000 fine or both
Not more than 3 years supervised release
$100 mandatory special assessment

**Counts Three –Nine**

Not more than 10 years imprisonment
Not more than a $250,000 fine or both or
Not more than twice the amount of the criminally derived
Property involved in the transaction
Not more than 3 years supervised release
$100 mandatory special assessment

Chad M. Doleac
Assistant United States Attorney
900 Jefferson Avenue
Oxford, MS  38655
MSB # 100590, GA Bar# 220242
Telephone:   662-234-3351
Facsimile:   662-234-3372